UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANNAMARIA GUAGLIARDI,

                      Plaintiff,

v.                                                  **ORDER**

GIUSEPPE GUAGLIARDI, et al.,               22-CV-04261 (PMH)

                      Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      On July 12, 2022, the Court directed Plaintiff to file and serve the complaint on Defendants on or before July 26, 2022; and warned that if the complaint is not served and filed by July 26, 2022, and if Plaintiff fails to show cause, in writing, why service has not been made, the action will be dismissed for failure to prosecute pursuant to CPLR § 3012(b) and Federal Rule of Civil Procedure 41(b). Plaintiff did not file a complaint or otherwise show cause why service of a complaint had not been made on July 26, 2022.

      On July 27, 2022, however, Plaintiff attempted to file a complaint. (Doc. 11). The filing was rejected by the Clerk's Office for a number of reasons, one of which is that Plaintiff's attempted filing was made after the time within which the Court directed the complaint be filed. Plaintiff failed to timely comply with the Court's Order and the attempted filing has been rejected by the Clerk's Office. Accordingly, this case will be dismissed unless, on or before August 3, 2022, Plaintiff complies with the Court's July 12, 2022 Order by serving and filing a complaint that also corrects the deficiencies noted by the Clerk's Office.

                                                               **SO ORDERED.**

Dated: White Plains, New York
          August 1, 2022

                                                      _____
                                                      Philip M. Halpern
                                                      United States District Judge